IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDDIE McLAIN, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 13-AR-0688-S |
| | } | |
| THE PAUL REVERE LIFE | } | |
| INSURANCE COMPANY, et al., | } | |
| | } | |
| Defendants. | } | |

**MEMORANDUM OPINION AND ORDER**

At the status and scheduling conference conducted today, it became clear for the first time that the claims administrator for the insurance policy issued by defendant, New York Life Insurance Company ("New York Life"), to plaintiff, Eddie McLain ("McLain"), is and was at all times pertinent Paul Revere Life Insurance Company and not UNUM Life Insurance Company of America, the entity that, as defendant, joined New York Life in removing the case to this court, and that attended the parties' planning meeting, and that joined McLain in reporting on the meeting.

By agreement of the parties, Paul Revere Life Insurance Company is hereby SUBSTITUTED for UNUM Life Insurance Company of America in all respects, including all previous rulings, particularly the memorandum opinion and order entered on June 21, 2013. A separate scheduling order will be entered.

DONE this 18th day of July, 2013.

                                                          WILLIAM M. ACKER, JR.
                                                         UNITED STATES DISTRICT JUDGE